IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, CORPUS CHRISTI, AND MCALLEN DIVISIONS

| | |
|---|---|
| IN RE: § | |
| § | |
| CHAPTER 13 PLAN ADMINISTRATION § | MISC CASE NO. 15-00701 |
| IN THE BROWNSVILLE, CORPUS § | |
| CHRISTI, AND MCALLEN DIVISIONS § | |

### CINDY BOUDLOCHE'S, CHAPTER 13 TRUSTEE, NOTICE OF APPEAL
[Relates to Doc. No. 31]

Pursuant to 28 U.S.C. § 158(d)(2)(A) and Rule 8002 of the Federal Rules of Bankruptcy Procedure, Cindy Boudloche, Chapter 13 Trustee, files this Notice of Appeal from the following Amended Order of the United States Bankruptcy Court: The May 6, 2016 *Amended Order* (Doc. No. 31). A copy of the Amended Order subject to appeal is attached hereto as Exhibit "A" and incorporated herein.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    Judy A. Robbins
    United States Trustee, Region 7
    515 Rusk Street, Suite 3516
    Houston, Texas 77002

    Stephen Statham
    Counsel for the U.S. Trustee
    515 Rusk Street, Suite 3516
    Houston, Texas 77002
    Telephone: (713) 718-4650

    Cindy Boudloche
    Chapter 13 Trustee
    555 N. Carancahua
    Corpus Christi, Texas 78401

Tracy B. Glenn
Misty A. Segura
Counsel for Chapter 13 Trustee, Cindy Boudloche
1221 Lamar Street, 16th Floor
Houston, Texas 77010
Telephone: (713) 535-5500

        Respectfully submitted,

        **COKINOS, BOSIEN & YOUNG**

By: */s/ Misty A. Segura*_____
    TRACY B. GLENN
    Bar No. 24000063
    tglenn@cbylaw.com
    MISTY A. SEGURA
    Bar No. 24033174
    Fed. No. 30751
    msegura@cbylaw.com
    Four Houston Center
    1221 Lamar Street, 16th Floor
    Houston, Texas 77010-3039
    (713) 535-5500
    Fax: (713) 535-5533

    **COUNSEL FOR CHAPTER 13 TRUSTEE,
    CINDY BOUDLOCHE**

## **CERTIFICATE OF SERVICE**

      I certify that on May 18, 2016, I served a true and correct copy of this instrument by service electronically through the Court's ECF system on all parties registered to receive such notice and also served the following counsel and parties of record by electronic mail:

*US TRUSTEE:*
Judy A. Robbins
United States Trustee, Region 7
515 Rusk Street, Suite 3516
Houston, Texas 77002
USTPRegion07.CC.ECF@usdoj.gov

*COUNSEL FOR US TRUSTEE:*
Stephen Statham
515 Rusk Street, Suite 3516
Houston, Texas 77002
stephen.statham@usdoj.gov

*COUNSEL FOR THE INTERNAL REVENUE SERVICE:*
Daniel David Hu
Assistant United States Attorney
U.S. Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Daniel.Hu@usdoj.gov

                              */s/ Misty A. Segura*
                              MISTY A. SEGURA

G:\WPDOCS\3208255\Chapter 13 Cindy Boudloche\Appeal\mas Notice of Appeal.docx