IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, CORPUS CHRISTI, AND MCALLEN DIVISIONS

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHAPTER 13 PLAN ADMINISTRATION | § | MISC CASE NO. 15-00701 |
| IN THE BROWNSVILLE, CORPUS | § | |
| CHRISTI, AND MCALLEN DIVISIONS | § | |

### CINDY BOUDLOCHE'S, CHAPTER 13 TRUSTEE, NOTICE OF APPEAL
[Relates to Doc. Nos. 41, 42 & 43]

Pursuant to Rule 8002 of the Federal Rules of Bankruptcy Procedure, Cindy Boudloche, Chapter 13 Trustee, files this Notice of Appeal from the following three Orders of the United States Bankruptcy Court signed on May 25, 2016 and entered on May 26, 2016: (1) Order denying Cindy Boudloche's, Chapter 13 Trustee, Emergency Motion for Leave to File Interlocutory Appeal [Doc. No. 41]; (2) Order Denying Emergency Request for Certification for Direct Appeal to the Fifth Circuit Court of Appeals [Doc. No. 42]; and (3) Order denying Cindy Boudloche's, Chapter 13 Trustee, Emergency Motion for Stay of Order Pending Appeal [Doc. No. 43]. A copy of the three Orders subject to appeal are attached hereto as Exhibits "A," "B," and "C" and incorporated herein.

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Judy A. Robbins
United States Trustee, Region 7
515 Rusk Street, Suite 3516
Houston, Texas 77002

Stephen Statham
Counsel for the U.S. Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua
Corpus Christi, Texas 78401

Tracy B. Glenn
Misty A. Segura
Counsel for Chapter 13 Trustee, Cindy Boudloche
1221 Lamar Street, 16th Floor
Houston, Texas 77010
Telephone: (713) 535-5500

        Respectfully submitted,

        **COKINOS, BOSIEN & YOUNG**

        By: */s/ Misty A. Segura*
           TRACY B. GLENN
           Bar No. 24000063
           tglenn@cbylaw.com
           MISTY A. SEGURA
           Bar No. 24033174
           Fed. No. 30751
           msegura@cbylaw.com
           Four Houston Center
           1221 Lamar Street, 16th Floor
           Houston, Texas 77010-3039
           (713) 535-5500
           Fax: (713) 535-5533

        **COUNSEL FOR CHAPTER 13 TRUSTEE,
        CINDY BOUDLOCHE**

## CERTIFICATE OF SERVICE

I certify that on June 8, 2016, I served a true and correct copy of this instrument by service electronically through the Court's ECF system on all parties registered to receive such notice and also served the following counsel and parties of record by electronic mail:

**US TRUSTEE:**
Judy A. Robbins
United States Trustee, Region 7
515 Rusk Street, Suite 3516
Houston, Texas 77002
USTPRegion07.CC.ECF@usdoj.gov

**COUNSEL FOR US TRUSTEE:**
Stephen Statham
515 Rusk Street, Suite 3516
Houston, Texas 77002
stephen.statham@usdoj.gov

**COUNSEL FOR THE INTERNAL REVENUE SERVICE:**
Daniel David Hu
Assistant United States Attorney
U.S. Attorney's Office
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Daniel.Hu@usdoj.gov

/s/ Misty A. Segura
MISTY A. SEGURA