

ENTERED
10/16/2018

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE: § 
 § MISC CASE NO: 15-701
CHAPTER 13 PLAN ADMINISTRATION §
 §

## ORDER TERMINATING MISCELLANEOUS PROCEEDING

By Amended Order entered May 6, 2016, the Court made findings of fact and conclusions of law with respect to the failure of Cindy Boudloche in her capacity as chapter 13 trustee to administer chapter 13 cases in accordance with the District's approved chapter 13 form plan. In the Amended Order, the Court (i) required Ms. Boudloche to provide an accounting of affected cases; (ii) implemented a notice procedure to advise all affected chapter 13 debtors of their right to assert claims against Ms. Boudloche; and (iii) ordered refunds in cases where chapter 13 debtors had overpaid; and (iv) implemented a process to effect payment increases in cases where chapter 13 debtors had underpaid.

Ms. Boudloche subsequently appealed the Amended Order. On September 11, 2018, the Fifth Circuit Court of Appeals vacated the Court's findings of fact and conclusions of law and certain of the remedial measures implemented by the Court.

Since the issuance of the Amended Order in 2016, the bankruptcy judges in the District have worked tirelessly to find solutions to the myriad of problems identified in the Amended Order. Thousands of dollars in overpayments have been refunded and discharges have been granted to deserving debtors. The undersigned expresses his sincere gratitude to Judges Rodriguez and Isgur who, having identified the existence of the problems, never wavered in their commitment to equal justice for all chapter 13 debtors.

Ms. Boudloche also deserves special mention. With the skillful guidance of Louis Phillips as counsel, Ms. Boudloche implemented an alternative form of notice to chapter 13 debtors, amended her practices to conform to the District's chapter 13 form plan and brought a practical end to an ongoing problem.

In its judgment, the Fifth Circuit Court of Appeals noted that "[n]othing in this judgment prevents the bankruptcy court on remand from terminating the miscellaneous proceedings against Trustee if, after due consideration, the interests of justice require it." The Court finds that no purpose is served by the continuation of this proceeding as great progress has been made toward an integrated chapter 13 process throughout the District. Accordingly, it is

**ORDERED THAT**:

1. This miscellaneous proceeding is terminated.

**SIGNED: October 16, 2018.**

_____
**DAVID R. JONES**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**